UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MONZUR KHAN,
               Plaintiff,

v.

RENA BITTER, Assistant Secretary, Bureau of
Consular Affairs, U.S. Department of State;
HELEN LAFAVE, Deputy Chief of Mission,
U.S. Embassy in Bangladesh; and ANTONY
BLINKEN, Secretary of the U.S. Department of
State,
               Defendants.
--------------------------------------------------------------x

**ORDER**

23 CV 1441 (VB)

      On June 16, 2023, defendants moved to dismiss the petition and complaint. (Doc. #11).

      Accordingly, it is hereby ORDERED that, by no later than June 26, 2023, plaintiff must notify the Court by letter whether he (i) intends to file an amended petition and complaint in response to the motion to dismiss, or (ii) will rely on the petition and complaint that is the subject of the motion to dismiss.

      If plaintiff elects not to file an amended petition and complaint, the motion will proceed in the regular course, and the Court is unlikely to grant plaintiff a further opportunity to amend to address the purported deficiencies made apparent by the fully briefed arguments in defendants' motion. See Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC, 797 F.3d 160, 190 (2d Cir. 2015) (leaving "unaltered the grounds on which denial of leave to amend has long been held proper, such as undue delay, bad faith, dilatory motive, and futility"); accord F5 Cap. v. Pappas, 856 F.3d 61, 89–90 (2d Cir. 2017). The time to file opposing and reply papers shall be governed by the Federal Rules of Civil Procedure and the Local Civil Rules, unless otherwise ordered by the Court.

      If plaintiff elects to file an amended petition and complaint, he must do so by no later than 14 days after notifying the Court of his intent to do so. Within 21 days of such amendment, defendants may either: (i) file an answer to the amended petition and complaint; (ii) file a motion to dismiss the amended petition and complaint; or (iii) notify the Court by letter that they are relying on the initially filed motion to dismiss.

Dated: June 20, 2023
       White Plains, NY

                                             SO ORDERED:

                                             Vincent L. Briccetti
                                             United States District Judge